UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 09-cr-00100-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CORNELIO CUEVAS-PENA, a/k/a Rogelio,
2. LUIS JAVIER CARLOS-MARIN, a/k/a. Guero,
3. ABRAHAM CUEVAS-PENA,
4. GABINO FLORES-HERNANDEZ,
5. MARTIN ANDRADE-ZUNIGA
6. ADRIAN DAVID GUERRA,
7. JUAN CARLOS DENICOLAS,
8. OSCAR CEJA-MERAZ,
9. OMAR GARCIA-LOPEZ, a/k/a. Liborio,

    Defendants.

---

## ORDER

---

    THIS MATTER came before the Court on a hearing on pending non-evidentiary motions held on Tuesday, September 29, 2009.  For the reasons stated on the record at the hearing, it is

    ORDERED that the Motion of Defendant, Gabino Flores-Hernandez, Pursuant to Fed. R. Crim. P. 12(b)(4)(B) for Notice of the Government's Intention to Use Certain Evidence Which May Be the Subject of a Motion to Suppress (Doc. # 137) is **GRANTED**.  It is

    FURTHER ORDERED that Defendant Juan Carlos Denicolas' Motion for Further Pertinent Discovery of Wiretap Applications, Affidavits and Orders (Doc. # 116) is

**GRANTED**.  As discussed at the hearing, the Government shall provide the evidence requested in this motion and the previous motion (Doc. # 137) as soon as possible.  The Government indicated that the wiretap information from Nevada and Idaho would be provided on or before October 6, 2009.  It is

FURTHER ORDERED that the Motion for Notice of Intent to Introduce Evidence Pursuant to Rule 807, F.R.E. filed by Gabino Flores-Hernandez (Doc. # 132) is **DENIED AS MOOT**.  It is

FURTHER ORDERED that the Motion for Disclosure of Confidential Informant filed by Gabino Flores-Hernandez (Doc. # 140) is **GRANTED**.  The Government shall disclose evidence subject to this motion not later than 45 days prior to trial.  It is

FURTHER ORDERED that the Motion for Order Disclosing Grand Jury Testimony and Exhibits filed by Oscar Ceja-Meraz (Doc. # 118) is **GRANTED**.  It is

FURTHER ORDERED that the Motion for Disclosure of Grand Jury Information filed by Gabino Flores- Hernandez (Doc. # 133) is **GRANTED**.  It is

FURTHER ORDERED that the parties shall meet and confer about an appropriate form of order to be provided to the Court regarding the previous two motions (Doc. # 118 and # 133).  It is

FURTHER ORDERED that the Motion for Early Disclosure of Jencks Material filed by Gabino Flores-Hernandez (Doc. # 129) is **DENIED AS MOOT**.  It is

FURTHER ORDERED that the Motion for Preservation of Government Notes by Defendant Gabino Flores-Hernandez (Doc. # 130) is **GRANTED**.  It is

FURTHER ORDERED that the Motion for Production of Specified Brady Material filed by Omar Garcia Lopez (Doc. # 107) is **DENIED AS MOOT**.  It is

FURTHER ORDERED that Defendant Juan Carlos Denicolas' Motion for Notice of the Government's Intention to Introduce Evidence Pursuant to Federal Rule of Evidence 404(b) (Doc. # 114) is **DENIED AS MOOT**.  It is

FURTHER ORDERED that Defendant Juan Carlos Denicolas' Motion for Notice of the Government's Intent to Use Expert Testimony and for Related Discovery Pursuant to Fed. R. Civ. P. 16 (Doc. # 115) is **GRANTED**.  The Government shall provide evidence pursuant to its experts as requested in its motion not later than 60 days prior to the hearing set for February 3, 2009.  It is

FURTHER ORDERED that the Motion for Notice and Disclosure of Rule 404(b), Rule 608 and Rule 609 Evidence filed by Defendant Oscar Ceja-Meraz (Doc. # 120) is **DENIED AS MOOT**.  It is

FURTHER ORDERED that the Motion for Disclosure of the Government's Intention to Introduce Evidence Pursuant to Rule 801(d)(2)(C), (D) or (E) and for Information Regarding Declarants and Co-Conspirators filed by Defendant Oscar Ceja-Meraz (Doc. # 121) is **GRANTED**.  It appears that the Government has produced the requested evidence.  If Defendant believes that certain evidence has not been provided, he may file another motion with the Court.  It is

FURTHER ORDERED that the Motion for Discovery Related to Expert Opinion Testimony filed by Gabino Flores-Hernandez (Doc. # 128) is **GRANTED**.  Again, the Government shall produce this evidence no later than 60 days prior to trial.  It is

FURTHER ORDERED that the Motion and Memorandum for Disclosure of Evidence Favorable to the Accused filed by Gabino Flores-Hernandez (Doc. # 136) is **DENIED AS MOOT**.  It is

FURTHER ORDERED that the Motion of Defendant Gabino Flores-Hernandez for Discovery and Inspection (Doc. # 138) is **DENIED AS MOOT**.  It is

FURTHER ORDERED that the Motion for Disclosure Pursuant to Rules 404(b) and 609 of the Federal Rules of Civil Procedure filed by Gabino Flores-Hernandez (Doc. # 139) is **GRANTED**.  It is

FURTHER ORDERED that the Motion for Discovery and Disclosure by Defendant Abraham Cuevas-Pena (Doc. #142) is **GRANTED** as to the request for preservation of notes and **DENIED AS MOOT** otherwise.  It is

FURTHER ORDERED that the Motion for Pre-Trial Determination of Admissibility of Co-Conspirator Statements filed by Defendant Oscar Ceja-Meraz (Doc. # 122) is **GRANTED**.  The Government has filed a proffer regarding co-conspirator statements and a *James* hearing is set in this Order.  It is

FURTHER ORDERED that the Motion for Pretrial Determination of Admissibility of Co-Conspirator Hearsay Under F.R.E. 801(d)(2)(E) filed by Gabino Flores-Hernandez (Doc. # 127) is also **GRANTED**.  It is

FURTHER ORDERED that motions to suppress or supplements to such motions shall be filed by **October 30, 2009,** and the Government's responses shall be filed by **November 13, 2009.**  It is

FURTHER ORDERED that a full-day hearing is set on the motions to suppress for **December 8, 2009, commencing at 9:30 a.m.**  It is

FURTHER ORDERED that motions challenging the wiretaps in this case or supplements to such motions shall be filed by **December 1, 2009**, and responses shall be filed by **December 15, 2009**.  It is

FURTHER ORDERED that a half-day hearing is set on motions challenging the wiretap for **Thursday, January 19, 2010 at 9:30 a.m.**  It is

FURTHER ORDERED that objections to specific statements in the Government's *James* proffer shall be filed by **December 1, 2009**, and responses shall be filed by **December 15, 2009**.       It is

FURTHER ORDERED that a half-day hearing is set on the Government's James Proffer and Objections thereto for **Wednesday, February 3, 2010, at 9:00 a.m.**  Finally, it is

ORDERED that any severance motions shall be filed by **January 9, 2010.**  Responses shall be filed by **January 23, 2010.**  These motions will be addressed at the hearing on February 3, 2010.

Dated:  October 9, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge