UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 09-cr-00100-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CORNELIO CUEVAS-PENA, a/k/a Rogelio,
2. LUIS JAVIER CARLOS-MARIN, a/k/a. Guero,
3. ABRAHAM CUEVAS-PENA,
4. GABINO FLORES-HERNANDEZ,
5. MARTIN ANDRADE-ZUNIGA
6. ADRIAN DAVID GUERRA,
7. JUAN CARLOS DENICOLAS,
8. OSCAR CEJA-MERAZ,
9. OMAR GARCIA-LOPEZ, a/k/a. Liborio,

    Defendants.

## ORDER

THIS MATTER came before the Court on a hearing on pending non-evidentiary motions held on Tuesday, September 29, 2009.  The parties were told that any challenges to experts would be addressed at the evidentiary hearing to be set by the Court.  When evidentiary hearings were later set at the hearing, the Court did not address which hearing was applicable to expert challenges.  It is therefore

ORDERED that any motions challenging experts shall be heard at the hearing set on February 3, 2010, at 9:00 a.m.  It is

FURTHER ORDERED that motions to sever will also be addressed at that hearing.  Finally, it is

ORDERED that the parties shall meet and confer and advise the Court if they believe that additional time is needed for the hearing (more than the ½ day that is currently set).

Dated: October 15, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge